UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America *ex rel.* Kevin Chen and Laurel Rigsbee<br><br>Plaintiffs,<br><br>v.<br><br>Deloitte & Touche LLP, Deloitte Consulting LLP, Deloitte LLP,<br><br>Defendants. | Case No. 1:19-cv-849-AJT-JFA<br><br>District Judge Anthony J. Trenga<br><br>Magistrate Judge John F. Anderson |

**Order**

Plaintiff-Relators having filed a Notice of Voluntary Dismissal of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

1. This action is dismissed without prejudice as to the United States, and with prejudice as to the Plaintiff-Relators;

2. All contents of the Court's file in this action shall remain under seal and not be made public, except as otherwise ordered in the Court's June 8, 2022 Order.

11/01/2022
Date

Anthony J. Trenga
Senior U.S. District Judge